ORIGINAL

# In The United States Court of Federal Claims

04-1440C

## Cover Sheet

Plaintiff(s) or Petitioner(s)

Golden Manufacturing Company, Inc.

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record: [See RCFC 81(d)] **Marc Lamer, Esquire**

Firm Name: **KOSTOS & LAMER, P.C.**

Post Office Box:

Street Address: **1608 Walnut Street, Suite 1300**

City-State-Zip: **Philadelphia, PA 19103**

Telephone & Facsimile Numbers: **(215) 545-0570, fax (215) 545-4617**

Is the attorney of record admitted to the Court of Federal Claims Bar? **Yes**
If **NO**, please call (202) 219-9630 for admission papers and instructions.

Nature of suit code: 116
**Select only one [three digit] nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.**

Government Agency Involved: **O** (DEFENSE LOGISTICS AGENCY)
**See attached sheet for the digit code.**

Amount Claimed: $292,769.99
**If to be determined, put the phrase "to be determined" in Amount Claimed Space.**

Vaccination Date: **(Vaccine Cases Only)**

If this is case related to any pending or previous case you are **required** to file a separate notice of related case(s). See RCFC 40.2