# In The United States Court of Federal Claims

FILED
SEP 15 2004
U.S. COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **GOLDEN MANUFACTURING CO., INC.**<br>**125 Hwy 366, P.O. Box 390**<br>**Golden, MS 38847**<br>**Plaintiff** | ) | **Docket No.** |
| **v.** | ) | **04-cv-1440**<br>J. Allegra |
| **THE UNITED STATES**<br>**Defendant** | ) | |

**NOTICE OF INDIRECTLY-RELATED CASES PURSUANT TO RCFC 40.2(b)**

Plaintiff Golden Manufacturing Company, Inc. hereby gives Notice pursuant to RCFC 40.2(b) that the above-captioned case is indirectly-related to the following case:

Golden Manufacturing Company, Inc. v. The United States, docket number 04-cv-1452.

These two (2) cases are indirectly-related in that the same agencies of Defendant are involved, and, while the cases involve different contracts, there are common issues of fact.

Respectfully submitted,

MARC LAMER
Attorney for Plaintiff
Golden Manufacturing Co., Inc.

Of Counsel:

Kostos and Lamer, P.C.
1608 Walnut Street, Suite 1300
Philadelphia, PA 19103
(215) 545-0570

Dated: September 14, 2004

# CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 14th day of September, 2004, I caused to be served by First Class Mail, two copies of **Plaintiff's Notice Of Indirectly-Related Cases Pursuant To RCFC 40.2(b)**, addressed as follows:

United States Department of Justice
Commercial Litigation Branch
Classification Unit 8th Floor
1100 L Street, NW
Washington, DC 20530

**MARC LAMER**