IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GOLDEN MANUFACTURING CO., INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 04-1440C |
| v. | ) | (Judge Allegra) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Michael Dierberg as Trial Attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Michael Dierberg
Trial Attorney
Commecial Litigation Branch
Civil Division
Department of Justice
Washingtn D.C. 20530

Attention: Classification Unit
8th Floor, 1100 L Street NW

Dated: October 1, 2004

s/ Michael J. Dierberg
Michael Dierberg
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Phone: (202) 353-0536
Fax: (202) 307-0972