IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GOLDEN MANUFACTURING CO., INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 04-1440C (Judge Allegra) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests a 14-day enlargement of time within which to file the joint preliminary status report ("JPSR"). The JPSR is currently due on March 7, 2005. The extension would bring the date for filing the JPSR to March 21, 2005. This is defendant's first request for an enlargement of time for this purpose. The undersigned counsel spoke with plaintiff's counsel on February 25, 2005, and plaintiff's counsel indicated that plaintiff is not opposed to this extension.

The requested enlargement of time is necessary because the parties may be able to resolve all of the issues identified in plaintiff's complaint within the next two weeks, resulting in a voluntary dismissal and making a JPSR unnecessary. The 14-day enlargement should allow sufficient time for the parties to either resolve the remaining issues identified in the complaint or prepare and file a JPSR. For these reasons, defendant

respectfully requests that the Court grant defendant's unopposed motion for an enlargement of time of 14 days, to and including March 21, 2005, within which to file the JPSR.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Brian M. Simkin
BRIAN M. SIMKIN
Assistant Director

s/ Michael J. Dierberg
MICHAEL J. DIERBERG
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Telephone: (202) 353-0536
Facsimile: (202) 307-0972

Attorneys for Defendant

March 1, 2005