# In The United States Court of Federal Claims

No. 04-1440C

(Filed: March 17, 2005)

GOLDEN MANUFACTURING CO., INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

A joint preliminary status conference will be held in this case on Tuesday, April 12, 2005, at 2:00 p.m. (EST). The court's telephone conferencing service will contact the parties shortly before the scheduled conference time.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge