IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GOLDEN MANUFACTURING CO., INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 04-1440C |
| v. | ) | (Judge Allegra) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

PLAINTIFF'S UNOPPOSED MOTION TO STAY PROCEEDINGS

Plaintiff, Golden Manufacturing Co., Inc., respectfully requests that the Court stay proceedings in this case until April 20, 2005 to allow the parties time to address recent draft contract modifications which could eliminate plaintiff's remaining claim against the Government. Plaintiff’s original complaint seeking certain contract adjustments consisted of ten (10) counts. Subsequent to filing of the complaint, the Administrative Contracting Officer (ACO) issued a contract medication resolving nine (9) of the adjustments, mooting all but one (1) count.

Recently, the ACO sent Plaintiff a “Draft” modification to incorporate several additional adjustments into the contract. These adjustments are the subject of a related case (No. 04-1667C), and Plaintiff has requested that the ACO include the one (1) remaining adjustment still pending in the case in the modification. Should the ACO include this small adjustment ($2,244.26) in the modification, the parties will dismiss this case by way of stipulation, pursuant to R.C.F.C. 41(a)(1).

The parties believe that there is a high likelihood of an

amicable resolution to all of plaintiff's claims in the next two weeks, therefore the parties would like to avoid the expense of preparing and filing a Joint Preliminary Status Report, currently due March 21, 2005, unless the parties are unable to resolve any remaining issues following issuance of the contract modification. The undersigned counsel has spoken with counsel for the defendant who indicated that the Government is not opposed to this motion.

To allow sufficient time for the parties to resolve remaining issues following the recent contract modification, plaintiff respectfully request that this matter be stayed until April 20, 2005.

Respectfully submitted,

s/MARC LAMER____________
MARC LAMER
Attorney for Plaintiff
Golden Manufacturing Co., Inc.

Of Counsel:

Kostos and Lamer, P.C.
1608 Walnut Street, Suite 1300
Philadelphia, PA 19103
(215) 545-0570

Dated: March 18, 2005