# In The United States Court of Federal Claims

No. 04-1440C

(Filed: March 22, 2005)

GOLDEN MANUFACTURING CO., INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On March 18, 2005, plaintiff filed an unopposed motion to stay proceedings in this matter, based upon the "high likelihood of an amicable resolution to all plaintiff's claims in the next two weeks." In lieu of granting that motion, the court hereby re-sets the due date for the joint preliminary status report to April 29, 2005. The joint preliminary status conference, previously scheduled for April 12, 2005, is hereby postponed until further notice.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge